IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHYLLIS O. MURRAY,

    Plaintiff,

v.                                           CASE NO. 1:06-cv-00115-MP-AK

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Friday, September 7, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After a hearing on May 11, 2004, the Administrative Law Judge, relying on the testimony of a vocational expert, found that because Plaintiff could perform her past relevant work and other jobs, she was not disabled. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997). The Court agrees with the Magistrate that Plaintiff has not come forward with any medical evidence to support her contentions of pain and limitation so as to preclude her from sedentary or light work. The expert

testimony and medical evidence provided the Administrative Law Judge with ample evidence to conclude that Plaintiff could perform her past relevant work, except for truck driving, as well as other work existing in significant numbers in the national economy, and that she was therefore not disabled under the Social Security Act. Therefore, having considered the Report and Recommendation, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 16, is adopted and incorporated by reference in this order;

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *19th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge